UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUAN JOHNSON,            ) </br> ) </br> Plaintiff,        ) </br> ) </br> v.                ) </br> ) </br> ) </br> DISTRICT OF COLUMBIA, *et al.*, ) </br> ) </br> Defendants.       ) </br> ) | Civil Action No. 02-1452 (RMC) </br> Civil Action No. 04-936 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

**FURTHER ORDERED** that this case is **DISMISSED** from the docket of this Court. This is a final appealable order.

**SO ORDERED**.

Date: August 10, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge